IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:14-CR-00016-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| MARK ALLEN JENKINS, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's letter addressed to the undersigned, which was received by this court on June 5, 2014 [DE-23]. In his letter, Defendant contends that his conditions of confinement at Brunswick County Detention Center amount to cruel and unusual punishment.

The Clerk is DIRECTED to mail Defendant the appropriate forms for filing a lawsuit addressing conditions of confinement.

SO ORDERED.

This, the _10_ day of June, 2014.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge