IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:14-CR-16-F-1

(FOURTH CIRCUIT APPEAL NO. 15-4069)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MARK ALLEN JENKINS, ) | |
| Defendant/Appellant. ) | |

This matter is before the court on defense counsel's Motion to Unseal Final Draft of the Presentence Report and Statement of Reasons [DE-45]. In her motion, counsel requests that the court release Jenkins's Presentence Report for the purpose of including it in a Joint Appendix to be submitted to the United States Court of Appeals for the Fourth Circuit. Counsel's motion is ALLOWED. The Clerk of Court is DIRECTED to send a copy of Jenkins's sealed Presentence Report [DE-33] to attorney Leza Driscoll.

SO ORDERED.

This, the 18 day of February, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge