IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:14-CR-00016-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| MARK ALLEN JENKINS, | ) | |
| Defendant. | ) | |

This matter is before the court on Mark Allen Jenkins' letter motion [DE-71] addressed to the undersigned. In his motion, Jenkins requests that this court suspend restitution payments until he begins supervised release. *Id.* at 1.

A review of the record reveals that the case is on appeal. *See* Notice of Appeal [DE-70]. To the extent that Jenkins is asking this court to take action, this court was without jurisdiction once he filed the Notice of Appeal on October 24, 2016. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance-it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.") Consequently, Jenkins' letter motion [DE-71] must be DISMISSED.

SO ORDERED.

This, the 4 day of November, 2016.

James C. Fox
JAMES C. FOX
Senior United States District Judge