UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Mark Allen Jenkins**                                                      **Docket No. 4:14-CR-16-1BO**

### Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Mark Allen Jenkins, who, upon an earlier plea of guilty to Bank Robbery, in violation of 18 U.S.C. § 2113(a), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on January 27, 2015, to the custody of the Bureau of Prisons for a term of 78 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years. Mark Allen Jenkins was released from custody on July 30, 2019, at which time the term of supervised release commenced.

On September 25, 2019, the defendant's case was reassigned to the Honorable Terrence W. Boyle, Chief United States Judge.

On September 25, 2019, a Violation Report was submitted after the defendant tested positive for cocaine use on September 9, 2019. In response to this drug use, the defendant was ordered to undergo increased drug testing and substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for cocaine use on September 23, 2019. When confronted, the defendant acknowledged his drug use and signed an admission statement. He received a verbal reprimand and was counseled about his actions. In response to this drug use, he will continue reporting for mental health and substance abuse treatment at Straight Walk Family Services. As a sanction, we recommend he be required to adhere to a curfew with electronic monitoring for a period not to exceed 60 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Taron N. Seburn<br>Taron N. Seburn<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2335<br>Executed On: October 4, 2019 |

Mark Allen Jenkins
Docket No. 4:14-CR-16-1BO
Petition for Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___4___ day of ___October___, 2019, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
Chief U.S. District Judge